

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00132-CV

## IN THE INTEREST OF
## E.W., C.W., AND S.W., CHILDREN

**From the 87th District Court
Freestone County, Texas
Trial Court No. 15-092B**

## ORDER

The appellants' brief is overdue in this appeal. In a July 29, 2016 letter, the Clerk of the Court notified appellants that their brief was overdue. The appellants were directed to prepare and file a brief within 14 days of the date of the letter and were notified that, unless a brief or satisfactory response was received within 14 days, the Court will abate this cause to the trial court for a hearing to determine why a brief has not been filed on appellants' behalf and to assure that appellants are receiving effective assistance of counsel. *See In re T.V.*, 8 S.W.3d 448, 449-50 (Tex. App.—Waco 1999, order).

To date, no brief has been filed.  Because appellants' brief was not filed within 14 days, we abate this appeal to the trial court to conduct the necessary hearing within 14 days of the date of this order.

The supplemental clerk's and reporter's records, if any, are ordered to be filed within 28 days of the date of this order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal abated
Order issued and filed August 24, 2016
Do not publish

